IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Strike Defendant's Reply Regarding Defendant's Motion to Compel (docket no. 17) is DENIED for the reasons stated in the Response (docket no. 20).

Date: October 6, 2014