IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order (Docket No. 23) is granted. Accordingly, the Scheduling Order (Docket No. 11) is amended as follows. The discovery deadline is now February 15, 2015. The dispositive motion deadline is now March 1, 2015.

Date:  December 31, 2014