IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 27) is GRANTED finding good cause shown.  The written Protective Order (docket no. 27-2) is APPROVED as amended on pages 3 and 4 and made an Order of Court.

Date:   January 13, 2015