IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order (Docket No. 31) is granted.  The Scheduling Order (Docket No. 11) is thus amended as follows.  Discovery is now due on or before April 1, 2015.  The dispositive motion deadline is now April 30, 2015.  The final pretrial conference set on March 30, 2015, at 9:00 a.m. is VACATED and RESET on June 8, 2015, at 11:00 a.m.

Date:  February 13, 2015