IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant(s).

---

MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order (Docket No. 35) is granted in part and denied in part.  The motion is granted to the extent that the Scheduling Order (Docket No. 11) is amended so as to extend the discovery deadline up to and including May 29, 2015, and the dispositive motion deadline is extended up to and including June 1, 2015.  The motion is denied to the extent that the final pretrial conference remains set on June 8, 2015, at 11:00 a.m.

Date:  April 2, 2015