IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2014 CV 246-LTB

---

Plaintiff: Robin Dillon

v.

Defendant: Auto-Owners Insurance Company

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND PRE-TRIAL ORDER

---

This matter comes on for consideration of the Unopposed Motion to Amend the Pre-Trial Pre-Trial Order previously entered in this mater.

The Court having reviewed the Motion and being duly advised,

ORDERS that the Motion is granted and the parties shall be permitted to add the witnesses named in the Motion to Amend to testify at trial and shall be permitted to add exhibits to the list of exhibits previously listed in the Pre-Trial Order as long as those exhibits had been previously disclosed to the other party earlier in these proceedings.

Entered this _____ day of August, 2015.

By The Court:

_____
Lewis T. Babcock, Judge