IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on October 1, 2015, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this  1st  day of   October  , 2015.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE


APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT