IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-00246-LTB-MJW

ROBIN DILLON,

        Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

        Defendant.
_____

ORDER
_____

        For the reasons stated on the record during the March 30, 2016 status/scheduling hearing, it is **HEREBY ORDERED THAT** counsel for the parties shall meet for a joint pre-trial conference in order to file with the Court the following joint pleadings on or before **May 18, 2016**:

        1) A revised witness list indicating each party's will-call and may-call witnesses;

        2) A revised exhibit list indicating stipulations regarding admissibility and authenticity, and if there is an objection, the applicable rule of exclusion. Plaintiff's exhibits shall be designated by number, and Defendant's exhibits shall be designated by letter; and

        3) One set of annotated proposed jury instructions, including a statement of the case instruction, substantive law/liability instructions, and damages instructions; and a proposed verdict form. In addition, if Plaintiff proposes language Defendant objects to, Plaintiff shall submit the language in capital letters. If Defendant proposes language Plaintiff objects to, Defendant shall submit the language in brackets.

A Further Pretrial/Scheduling Conference is set for **Wednesday, May 25, 2016 at 9:00 AM.** in Courtroom C401, Bryon G. Rogers United States Courthouse, 1929 Stout Street, Denver Colorado.

Dated: March   30  , 2016 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE